# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

_____

No. 14-1689 (L)

(3:08-cv-00014-WOB-JGW)

_____

FORLANDO J. BROWN

       Plaintiff – Appellee

RUSSELL L. BAUKNIGHT, Special Administrator of James Brown Estate and Special Trustee of James Brown August 1, 2000 Irrevocable Trust Agreement

       Trustee – Appellee

v.

ADELE J. POPE, individually and as Trustee of the Irrevocable Trust established by James Brown in August 1, 2000

       Defendant – Appellant

and

ROBERT L. BUCHANAN, JR. individually and as Trustee of the Irrevocable Trust established by James Brown in August 1, 2000

       Defendant

_____

No. 14-1713

(3:08-cv-00014-WOB-JGW)

_____

FORLANDO J. BROWN

      Plaintiff – Appellee

RUSSELL L. BAUKNIGHT, Special Administrator of James Brown Estate and Special Trustee of James Brown August 1, 2000 Irrevocable Trust Agreement

      Trustee – Appellee

v.

ROBERT L. BUCHANAN, JR. individually and as Trustee of the Irrevocable Trust established by James Brown in August 1, 2000

      Defendant – Appellant

and

ADELE J. POPE, individually and as Trustee of the Irrevocable Trust established by James Brown in August 1, 2000

      Defendant

ROBERT L. BUCHANAN, JR. individually and as Trustee of the Irrevocable Trust established by James Brown in August 1, 2000

      Defendant

_____

**APPELLANT ADELE J. POPE'S MOTION TO USE DEFERRED APPENDIX PROCEDURE UNDER F.R.A.P. RULE 30(C)**

_____

Appellant Adele J. Pope, with the consent of all parties, moves the Court for an Order authorizing the parties to use the deferred appendix procedure of F.R.A.P. Rule 30(c).

The proceedings in the District Court have been pending for more-than six (6) years, and the record is very large. The parties believe the use of the deferred appendix procedure may reduce the amount of material that is ultimately designated and will ensure that the Court is provided all relevant material for consideration of the briefs herein.

Counsel for Appellant Pope has consulted with counsel for all other parties via email, and each has consented to use of the deferred appendix procedure. Appellant Pope respectfully requests that this Court allow a deferred appendix herein.

                                                Respectfully submitted,
                                                MOSES & BRACKETT, PC

                                                <u>By:  s/ Adam T. Silvernail</u>
                                                Adam T. Silvernail
                                                Fed. I.D. No.: 11024
                                                asilvernail@mkb-law.com
                                                PO Box 100261
                                                Columbia, South Carolina 29202

                                                *Counsel for Appellant Adele J. Pope, Individually*

October 23, 2014

# CERTIFICATE OF SERVICE

The undersigned certifies that he has served the following with a copy of the foregoing document through the ECF system:

J. Calhoun Watson, Esquire
1310 Gadsden Street
Post Office Box 11449
Columbia, South Carolina 29211

*Attorneys for Appellant Robert L. Buchanan, Jr.*

J. David Black, Esquire
Burl F. Williams, Esquire
Nexsen Pruet
Post Office Drawer 2426
Columbia, South Carolina 29202

*Attorney for Trustee-Appellee*

John A. Donsbach
Donsbach & King, LLC
PO Box 212139
Martinez, Georgia 30917

Scott Kenily, Esquire
Keniley-Kumar, LLC
2 Ravinia Dr., Suite 500
Atlanta, Georgia 30346

*Attorneys for Plaintiff-Appellee*

Submitted this 23rd day of October, 2014

                                                         /s/Adam T. Silvernail