FILED: January 15, 2015

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 14-1689 (L)
(3:08-cv-00014-WOB-JGW)

_____

FORLANDO J. BROWN

       Plaintiff - Appellee

RUSSELL L. BAUKNIGHT, Special Administrator of James Brown Estate and Special Trustee of James Brown August 1, 2000 Irrevocable Trust Agreement

       Trustee - Appellee

v.

ADELE J. POPE, individually and as Trustee of the Irrevocable Trust established by James Brown in August 1, 2000

       Defendant - Appellant

 and

ROBERT L. BUCHANAN, JR., individually and as Trustee of the Irrevocable Trust established by James Brown in August 1, 2000

       Defendant

_____

O R D E R

_____

Upon consideration of submissions relative to the motion to file separate reply briefs, the court grants the motion, the combined length of which shall not exceed the length limitations established by Rule 32(a)(7) of Federal Rules of Appellate Procedure.

All parties to a side shall continue to share time for oral argument provided by this court's Local Rule 34(d).

For the Court--By Direction

/s/ Patricia S. Connor, Clerk